FILED
AUG 07 2017
Aug 7 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Denise Jackson,
      Plaintiff

-vs-

WELLS FARGO & COMPANY
420 Montgomery Street Front
San Francisco, CA 94104-1205

WELLS FARGO BANK, N.A.,
One Home Campus
Des Moines, IA 50328

Ricky Brown, Brigitte Brown
      Defendant(s)

1:17-cv-05718
Judge Ruben Castillo
Magistrate Judge Jeffrey T. Gilbert

## COMPLAINT FOR INJUNCTION

**COMES NOW** Denise Jackson, Owner, Respondent, Defendant-in-Error, an Autonomous American, (herein after "Petitioner") submits this Motion pursuant to Federal Rule 65 for entry of a temporary restraining order and a preliminary injunction enjoining Plaintiff Ricky & Brigitte Brown (hereinafter, "Plaintiff") from proceeding with the Forcible Entry Detainer for Petitioner's home located at 12025 S. State, Chicago, Illinois (hereinafter, the "Property") and from continuing any and all eviction action against Petitioner, and so states:

1. That Petitioner has claims in a current case that is still on going in which has a substantial likelihood of success on the merits; and seeks to maintain the status quo until there is a final determination of the case on the merits.

2. That Petitioner will suffer immediate and irreparable harm by virtue of being evicted from the Property, will be homeless; the Petitioners homeowners rights are in need of protection;

3. That the potential injury to Petitioner is of such a nature that compensation alone will not make Petitioner whole;

4. Such dispossession would cause substantial emotional distress and mental anguish for Petitioner;

5. That the restraint ordered imposes no undue burden of risk of harm to Respondent/Plaintiff;

6. That balancing the risk of harm between the parties favors injunctive relief in favor of

    Petitioner;

7. That no adequate remedy at law exists;

8. That Petitioner made application for this Emergency Injunction in a timely fashion, under the circumstances;

9. **THAT TIME IS OF THE ESSENCE**; and,

That the bond, if applicable, will adequately protect Petitioner from any reasonable risk of harm by the restraint ordered while the underlying claims determining the rights of the parties are decided

WHEREFORE, Petitioner prays that this Honorable Court to enter an Order enjoining Respondent from continuing any eviction action until further order of Court. Or in the alternative a TRO until further order of the Court.

Respectfully submitted,

_____
Denise Jackson, American Citizen,

All Rights Reserved
12025 S. State
Chicago, IL [60628]
773.531.3304

**VERIFICATION BY CERTIFICATION**

Under penalties as provided by law pursuant to §1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Petitioner, Denise Jackson